UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES MOORE,

           **Plaintiff,**

-vs-                                      Case No. 6:05-cv-506-Orl-28KRS

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,

           **Defendant.**
_____

## ORDER

This case is before the Court on the Motion of Defendant to Tax Attorney's Fees and Costs Against Plaintiff pursuant to 28 U.S.C., Section 1447(c) (Doc. No. 20, filed June 13, 2005), and Plaintiff's Motion to Tax Attorney's Fees and Costs Against Defendants pursuant to 28 U.S.C., Section 1447(c) (Doc. No. 21, filed June 14, 2005). The United States Magistrate Judge has submitted a report recommending that both motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 14, 2005 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion of Defendant to Tax Attorney's Fees and Costs Against Plaintiff pursuant to 28 U.S.C., Section 1447(c) (Doc. No. 20, filed June 13, 2005) is **DENIED.**

3.  Plaintiff's Motion to Tax Attorney's Fees and Costs Against Defendants pursuant to 28 U.S.C., Section 1447(c) (Doc. No. 21, filed June 14, 2005) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of Nov~~October~~, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party